United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| J.S. HAREN COMPANY, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:21-CV-00263 |
| CITY OF CORPUS CHRISTI, | | |
| Defendant. | | |

## **FINAL JUDGMENT**

Pursuant to the parties' Agreed Stipulation of Dismissal (D.E. 34), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 31, 2023.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE